UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HANS DEWEY VAN BELKUM,

    Plaintiff,

 v.

KING COUNTY CORRECTIONAL FACILITY,

    Defendant.

CASE NO. 2:22-CV-1689-TL-DWC

REPORT AND RECOMMENDATION

Noting Date: April 7, 2023

  The District Court referred this action to United States Magistrate Judge David W. Christel. Plaintiff Hans Dewey Van Belkum, proceeding *pro se* and *in forma pauperis*, filed this civil rights complaint under 42 U.S.C. § 1983. *See* Dkts. 1, 8. On January 5, 2023, the Court screened Plaintiff's Complaint. Dkt. 9 ("Order"). The Court declined to serve the Complaint because Plaintiff failed to name a proper defendant and failed to state a claim upon which relief could be granted. *Id*. The Court directed Plaintiff to file an amended complaint on or before February 6, 2023. *Id*. The Court warned Plaintiff that if he failed to file an amended complaint or otherwise respond to the Order the undersigned would recommend dismissal of this action. *Id*. at 5.

1       Plaintiff has failed to comply with the Court's Order. He has not filed an amended
2 complaint or otherwise responded to the Order. Further, as discussed in the Order, Plaintiff has
3 failed to state a claim upon which relief can be granted. *See* Dkt. 9. Therefore, the Court
4 recommends this case be dismissed without prejudice for failure to follow a Court order and
5 failure to state a claim upon which relief can be granted.

6       As Plaintiff failed to state a claim upon which relief could be granted in the Complaint,
7 the Court finds this case should be considered a "strike" under 28 U.S.C. § 1915(g).

8       Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
9 fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P.
10 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
11 review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those
12 objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v.*
13 *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
14 imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on
15 April 7, 2023, as noted in the caption.

16       Dated this 23rd day of March, 2023.

*[signature]*

David W. Christel
Chief United States Magistrate Judge