1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9
10
11

HANS DEWEY VAN BELKUM,

                     Plaintiff,

   v.

KING COUNTY CORRECTIONAL
FACILITY,

                    Defendant.

No.  2:22-CV-1689-TL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

12
13
14
15

Having reviewed the Report and Recommendation (Dkt. No. 10) of the Honorable David W. Christel, U.S. Magistrate Judge, and the relevant record, and no objection or response to the Report and Recommendation having been filed, the Court finds and ORDERS:

16

(1)     The Court ADOPTS the Report and Recommendation. Dkt. No. 10.

17
18
19

(2)     This case is DISMISSED for failure to prosecute and failure to state a claim upon which relief can be granted. The dismissal constitutes a strike under 28 U.S.C. § 1915(g).

20
21

(3)     The Clerk is DIRECTED to send copies of this Order to Plaintiff and to the Honorable David W. Christel.

22

**DATED** this 10th day of April 2023.

23
24
25
26

Tana Lin
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION- 1